UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELANIE B. MEEKS ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:23-CV-109-FL |
| NC ADMINISTRATIVE OFFICE OF ) | |
| THE COURTS ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 6, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on June 6, 2023, and Copies To:**
Melanie B. Meeks (via US mail) 625 Weathervane Way, Rocky Mount, NC 27802

June 6, 2023                      PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk